# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

#### CRIMINAL NO. 3:05cr00104-8-W

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **KELVIN LAMONT BEAUFORT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's letter received by the Court on January 11, 2007, requesting the Court to "please place me back on Federal Probation on house arrest until [sentencing]." Under the Bail Reform Act of 1984, Defendant must be detained because he has been found guilty of an "offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801 et. seq)" and is awaiting imposition of a sentence. See 18 U.S.C. § 3143(a)(2); 18 U.S.C. § 3142(f)(1)(c); cf. US v. Moffitt, 2006 WL 3240752 (W.D.N.C., November 7, 2006). Accordingly, Defendant's request is DENIED

IT IS, THEREFORE, ORDERED that Defendant's request to be released from prison and placed on house arrest is DENIED. The Clerk is DIRECTED to send a copy of this Order to Kelvin Lamont Beaufort, PID # 201856, P.O. Box 34429, Charlotte, North Carolina 28234, and to Defendant's counsel of record in this matter.

Signed: January 18, 2007

Frank D. Whitney
United States District Judge