UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:05-cr-00104-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| vs. ) | |
| (8) KELVIN BEAUFORT, ) | ORDER |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release (Doc. No. 894).

The Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **sixty (60) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: May 22, 2020

Frank D. Whitney
Chief United States District Judge

1