# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of confinement each of the following named persons is now serving to expire on **April 26, 2023**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. By this grant, I intend that each of these persons shall remain on home confinement until **April 26, 2023**. Nothing in this grant should be presumed to interfere with or supersede the Bureau of Prisons' authority to oversee each person's confinement, and each person shall remain subject to all disciplinary rules—including punishment up to and including removal from home confinement for cause—for the violation of those rules. The following persons are recipients of this grant:

| Name | Reg. No. |
|---|---|
| **Sergio Acosta** | Reg. No. 21655-032 |
| **Kathy Marie Albrecht** | Reg. No. 13161-059 |
| **Maria Isabel Arreola** | Reg. No. 23512-078 |
| **Kelvin Beaufort** | Reg. No. 20256-058 |
| **Sharon Louise Boatright** | Reg. No. 45346-177 |
| **Terry Booty** | Reg. No. 30412-034 |
| **Ramola Kaye Brown** | Reg. No. 25156-379 |
| **Mark Richard Burton** | Reg. No. 27957-180 |
| **Nickolas Cano** | Reg. No. 48011-177 |
| **Ruben Lopez Cazares** | Reg. No. 09877-073 |
| **Paul Hernandez Contreras** | Reg. No. 74760-112 |
| **Karen Cox** | Reg. No. 21831-081 |
| **Lori Jean Cross** | Reg. No. 54039-177 |
| **Mario Cruz** | Reg. No. 21031-040 |
| **Catalina Davis** | Reg. No. 18285-380 |
| **Stacie Demers** | Reg. No. 21201-052 |
| **Deborah Ann Dodd** | Reg. No. 21359-078 |
| **Manuel Ruben Duran-Pimentel** | Reg. No. 18078-069 |
| **Nova Neal Finau** | Reg. No. 49844-177 |
| **Tina Marie Finazzo** | Reg. No. 99581-022 |
| **David C. Frazier** | Reg. No. 40297-044 |
| **Odell Givens** | Reg. No. 44688-424 |
| **Dianna Gonzalez-Agosto** | Reg. No. 50788-069 |
| **Rachel Lynn Hanson** | Reg. No. 18097-040 |
| **Stephanie Hernandez** | Reg. No. 54316-177 |
| **Brandon Jermaine Huguley** | Reg. No. 44540-074 |

| | |
|---|---|
| **David Charles Jenkins** | Reg. No. 09013-078 |
| **Douglas Dean Johnson** | Reg. No. 03634-029 |
| **Gregory Jones** | Reg. No. 63384-066 |
| **Stephan George Jones** | Reg. No. 16451-273 |
| **Tellas Levallas Kennedy** | Reg. No. 81409-083 |
| **Vincent Edward Kennedy** | Reg. No. 97968-071 |
| **Carry Le** | Reg. No. 35043-379 |
| **David Lee** | Reg. No. 59423-066 |
| **Rosamaria Lucero,** aka Rosa Maria Lucero | Reg. No. 89787-380 |
| **Angelica Marquez** | Reg. No. 74425-112 |
| **Eddie Mateus** | Reg. No. 42599-054 |
| **Stephanie McMurphy** | Reg. No. 00198-120 |
| **Byron James Miller** | Reg. No. 27095-044 |
| **Colleen Mossberger** | Reg. No. 54767-177 |
| **Quang Nguyen** | Reg. No. 80922-379 |
| **Rickey Wayne Norton** | Reg. No. 21906-021 |
| **Shannon Ann Norton** | Reg. No. 21902-021 |
| **Alejandro Reyna** | Reg. No. 01521-380 |
| **Kirstie Marie Smith Israel** | Reg. No. 35105-001 |
| **Tony Lee Stanfield** | Reg. No. 33397-058 |
| **Cleola Sullivan** | Reg. No. 23064-017 |
| **Charles Thomas,** aka Charles Arnold Thomas | Reg. No. 08405-424 |
| **Edwin G. Tierney** | Reg. No. 15014-047 |
| **Jesse Alan Trimue** | Reg. No. 48476-074 |
| **Daniel Valencia** | Reg. No. 62718-379 |
| **Martin R. Vandemerwe** | Reg. No. 14358-081 |
| **James Darrell Walker** | Reg. No. 34587-177 |
| **Cindy Noella Williams** | Reg. No. 05529-091 |
| **Andrea Zavala** | Reg. No. 74226-112 |
| **Courtney Donnell Zeno** | Reg. No. 14356-035 |
| **David L. Zouck** | Reg. No. 27448-045 |

I hereby further commute the total sentence of confinement each of the following named persons is now serving to expire on **August 24, 2022**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Roberto Barrio** | Reg. No. 14535-064 |
| **Brandon Todd Berry** | Reg. No. 36658-044 |
| **Julian Burford** | Reg. No. 37833-060 |
| **Christopher Dancy** | Reg. No. 34240-183 |
| **Julio Garza** | Reg. No. 12940-179 |
| **Virgil Goodman, Jr.** | Reg. No. 19335-076 |
| **Christopher Gunter** | Reg. No. 15450-171 |
| **Terri Kelly** | Reg. No. 56164-112 |
| **Paul A. Lupercio** | Reg. No. 12080-045 |
| **Bethel Cheyenne Mooneyham** | Reg. No. 42907-074 |
| **Thomas Perkins** | Reg. No. 08677-028 |
| **Aaron Ponce** | Reg. No. 09670-380 |
| **Rose Trujillo Rangel,** aka Rose Mary Rangel | Reg. No. 83689-180 |
| **Fermin Serna** | Reg. No. 75623-179 |
| **Mackie Shivers** | Reg. No. 51823-019 |
| **Cynthia Lynn Yeley-Davis** | Reg. No. 11079-091 |

I hereby further commute the total sentence of confinement imposed upon **Jose Luis Colunga**, Reg. No. 21225-074, to expire **October 26, 2023**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. By this grant, I intend that the said Jose Colunga shall remain on home confinement until **October 26, 2023**. Nothing in this grant should be presumed to interfere with or supersede the Bureau of Prisons' authority to oversee the said Jose Colunga's confinement, and he shall remain subject to all disciplinary rules—including punishment up to and including removal from home confinement for cause—for the violation of those rules.

I hereby further commute the total sentence of confinement imposed upon **Brittany Krambeck**, Reg. No. 39123-177, to expire **April 26, 2024**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. By this grant, I intend that the said Brittany Krambeck shall remain on home confinement until **April 26, 2024**. Nothing in this grant should be presumed to interfere with or supersede the Bureau of Prisons' authority to oversee the said Brittany Krambeck's confinement, and she shall remain subject to all disciplinary rules—including punishment up to and including removal from home confinement for cause—for the violation of those rules.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this 26th day of April in the year of our Lord Two Thousand and Twenty-two and of the Independence of the United States the Two Hundred and Forty-sixth.*

*[signature]*

**JOSEPH R. BIDEN, JR.**
**President**